UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JENNISON,<br>        Plaintiff,<br>    v.<br>JOHN DOE,<br>        Defendant. | Case No. 17-cv-03998-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to plaintiff Michael Jennison's notice of voluntary dismissal (Dkt. No. 6), this action is DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Because this dismissal is without prejudice, Jennison may move to reopen the action at any time.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 21, 2017



WILLIAM H. ORRICK
United States District Judge